UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
_South Bend_ DIVISION

MAR 21 PM 3: 19

MARLIN JOHN BRANDYS )
(Plaintiff) )
)
VS. STATE OF INDIANA )
INDIANA DEPT. OF CORRECTION, )
CAMP SUMMIT BOOT CAMP )
CECIL DAVIS (Defendant). )
JOHN GALIPEAU )

3:14CV574

## EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against defendant STATE OF INDIANA DEPT. OF CORRECTION CAMP SUMMIT/CECIL DAVIS for discrimination as set forth below.

Plaintiff __X__ DOES _____ DOES NOT (indicate which) demand a jury trial.

### I. PARTIES

Plaintiff's Name: MARLIN JOHN BRANDYS

Plaintiff's Address: 8263 W FOREST LAWN RD
THREE OAKS, MI 49128

Plaintiff's Telephone: (574) 971-0175

Defendant's Name: CAMP SUMMIT BOOT CAMP CECIL DAVIS
DEPARTMENT OF CORRECTION, STATE OF INDIANA

Defendant's Address: 2407 N. 500 W.
LAPORTE, IN 46350

### II. BASIS OF CLAIM AND JURISDICTION

1. This complaint is brought pursuant to:

   _____ Title VII of the Civil Rights Act of 1964, as amended (42 U.S.C. §2000e-5), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

1

____ The Age Discrimination in Employment Act (29 U.S.C. §621), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

_X_ The Americans with Disabilities Act (42 U.S.C. §12101), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

____ The Rehabilitation Act (29 U.S.C. §701, *et seq.*), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

____ Equal rights under law (42 U.S.C. §1981), and jurisdiction is based on on 28 U.S.C. §§1331 and 1343(a);

____ Other (list): _____

2. Plaintiff _X_ DID ____ DID NOT (indicate which) file a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission. **[If the plaintiff did file a charge of discrimination, Plaintiff should attach a copy of the charge to the complaint].**

3. Plaintiff's Right to Sue Notice from the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission was **RECEIVED** on or about _23 DEC 2013_ (insert date the plaintiff **received** the notice -- in most instances this will not be the same date stamped on the notice). **[Plaintiff should attach a copy of the Notice of Right to Sue to this complaint.]**

### III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because (if more space is needed, attach additional pages):

PLANTIFF REQUESTED TRANSFER TO A POSITION TO ACCOMODATE A DISIBILITY AS A REASONABLE ACCOMODATION UNDER THE AMERICANS WITH DISABILITIES ACT. AS OF THIS FILING NO REASONABLE ACCOMODATION HAS BEEN MADE.

### IV. FACTS IN SUPPORT OF COMPLAINT

The facts on which this complaint is based are the following (if you need additional space, please attach additional pages)

PLANTIFF PROVIDED WRITTEN MEDICAL DOCUMENTS OF DISABILITY DEFENDANT IGNORED PLANTIFF REQUEST FOR TRANSFER

2

(Facts, continued)

DEFENDANT REACTION CREATED A HOSTILE WORK ENVIRONMENT.
DEFENDANT REACTION INCREASED PLAINTIFF PTSD/ANXIETY
DEFENDANT REACTION CAUSED SIGNIFICANT SALARY REDUCTION.

## V. PRAYER FOR RELIEF

Based on the foregoing, plaintiff seeks the following relief:

PRAY THE DEFENDANT MAKES UP DIFFERENCE IN WAGE LOSS,
PAY ALL REASONABLE ATTORNEY FEES, COURT COSTS
AND MISCELLANEOUS FEES ASSOCIATED TO CASE,
PROVIDE REASONABLE ACCOMODATION REQUESTED
TO RETURN TO WORK.

## VI. AFFIRMATION OF PLAINTIFF

I, MARLIN JOHN BRANDYS, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in the complaint and those which are attached in the accompanying financial statement. I believe them to be, to the best of my personal knowledge, true and correct.

Further, I do understand that this complaint and this affidavit will become an official part of the United States District Court files and that ANY FALSE STATEMENTS knowingly made by me are illegal and may subject me to criminal penalties.

*Marli Brandy*
(Signature of Plaintiff)
21 MAR 2014
(Date)

3

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Marlin Brandys<br>8263 W. Forest Lawn Rd.<br>Three Oaks, MI 49128 | From: | Indianapolis District Office<br>101 West Ohio St<br>Suite 1900<br>Indianapolis, IN 46204 |
|---|---|---|---|

FILE # 705422

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 470-2013-03338 | Lolita D. Davis,<br>Enforcement Supervisor | (317) 226-6380 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- **NOTICE OF SUIT RIGHTS** -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*(signature)* Lolita Davis
Webster N. Smith,
Director

DEC 2 3 2013
*(Date Mailed)*

Enclosures(s)

cc:    Joy Grow
Director - Dispute Resolution
INDIANA STATE PERSONNEL DEPARTMENT
402 W. Washington St. W-161
Indianapolis, IN 46204