UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MARLIN JOHN BRANDYS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CAUSE No. 3:14-CV-00574-WCL-CAN |
| ) | |
| STATE OF INDIANA, INDIANA ) | |
| DEPARTMENT OF CORRECTION, ) | |
| CAMP SUMMIT BOOT CAMP, ) | |
| CECIL DAVIS, and JOHN GALIPEAU, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

Defendants State of Indiana, Indiana Department of Correction, Camp Summit Boot Camp, Cecil Davis, and John Galipeau, by counsel, LaKesha D. Triggs, Deputy Attorney General, and Plaintiff, Marlin John Brandys, *pro se*, respectfully file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A).

WHEREFORE the parties ask the Court to enter an order dismissing this cause of action, with prejudice as to all claims, and requiring each party to bear their own fees and costs.

Respectfully submitted,

GREGORY F. ZOELLER
Attorney General of Indiana
Attorney No. 1958-98

/s/ *LaKesha D. Triggs*
LaKesha D. Triggs
Deputy Attorney General
Attorney No. 27370-49

*[signature]*
Marlin John Brandys, *pro se*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document has been served March 6, 2015 by first-class United States mail, postage pre-paid.

Marlin John Brandys
8263 W. Forest Lawn Road
Three Oaks, MI 49128

*/s/ LaKesha D. Triggs*
LaKesha D. Triggs
Deputy Attorney General

Office of the Indiana Attorney General
302 West Washington Street, IGCS – 5th Flr.
Indianapolis, IN  46204-2770
Tel: (317) 232-6326; Fax: (317) 232-7979
Email: LaKesha.Triggs@atg.in.gov